L. ROBERT MURRAY
Acting United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NORTHERN ARAPAHO TRIBE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 0:21-cv-00037-NDF |
| | ) |
| NORRIS COCHRAN, in his official capacity as Acting Secretary, U.S. Department of Health and Human Services | ) ) ) |
| ELIZABETH FOWLER, in her official capacity as Acting Director, Indian Health Service | ) ) ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants, by counsel, respectfully move the Court for an order dismissing Plaintiff's complaint for failure to state a claim upon which relief can be granted, Fed. R. Civ. P. 12(b)(6).  The grounds for this motion are set forth in detail in the accompanying supporting brief.

For the reasons set forth in their brief, Defendants request that the Court dismiss Plaintiff's complaint.

Respectfully submitted this 21st day of May, 2021.

            L. ROBERT MURRAY
            Acting United States Attorney

        By: */s/ Nicholas Vassallo*
            NICHOLAS VASSALLO
            Assistant United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 21, 2021, a copy of the **Defendant's Motion to Dismiss** was filed with the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record.

            */s/ Rob Gaulke*
            Rob Gaulke
            United States Attorney's Office